ERNEST WATSON *v.* LUCIUS S. STORRS ET AL.,
RECEIVERS

[No. 44, October Term, 1934.]

*Decided November 20th, 1934.*

The cause was argued before BOND, C. J., URNER, AD-
KINS, OFFUTT, PARKE, and SLOAN, JJ.

*Howard A. Sweeten* and *Everett L. Buckmaster*, with
whom were *Benjamin N. Kline* and *Weinberg & Sweeten*
on the brief, for the appellant.

*James J. Lindsay*, with whom was *Philip S. Ball* on the
brief, for the appellees.

ADKINS, J., delivered the opinion of the Court.